799 N.E.2d 677 (2003)
206 Ill.2d 623
278 Ill.Dec. 812
PEOPLE State of Illinois, petitioner,
v.
Daniel COLEMAN, respondent.
No. 93544.
Supreme Court of Illinois.
December 3, 2003.
In the exercise of this Court's supervisory authority, the Appellate Court, First District, is directed to vacate its judgment in People v. Coleman, 328 Ill.App.3d 688, 262 Ill.Dec. 928, 767 N.E.2d 388 (2002). The appellate court is directed to reconsider its decision in light of People v. Crespo, 203 Ill.2d 335, 273 Ill.Dec. 241, 788 N.E.2d 1117 (2001), People v. Thurow, 203 Ill.2d 352, 272 Ill.Dec. 185, 786 N.E.2d 1019 (2003), People v. Swift, 202 Ill.2d 378, 269 Ill.Dec. 495, 781 N.E.2d 292 (2002), and People v. Kaczmarek, 207 Ill.2d 288, 278 Ill.Dec. 329, 798 N.E.2d 713 (2003).